# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VERTIS DILLON, III,

    Plaintiff,

v.

JOHN MUNLEY, *et al.*,

    Defendants.

NO. 3:19-CV-01216

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 24th day of October, 2019, upon consideration of the Report and Recommendation (Doc. 11) of Magistrate Judge Susan E. Schwab for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 11) is **ADOPTED**.

(2) All claims except the false-arrest claims against Detectives Munley and Conrad are **DISMISSED**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Schwab for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge