# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERTIS DILLON, III, | : | CIVIL ACTION NO: 3:19-CV-01216 |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | (Chief Magistrate Judge Schwab) |
| JOHN MUNLEY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>
February 10, 2019

Following a conference call with Dillon and counsel for defendant Munley and in accordance with the discussion at that conference, **IT IS ORDERED** that defendant Munley's motion (*doc. 22*) to compel Dillon's deposition and for sanctions is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) Dillon and counsel shall discuss and agree upon a date for Dillon's deposition, and Dillon shall appear at his deposition;

(2) as a sanction for failure to appear at his deposition scheduled for January 3, 2020, Dillion shall pay to defendant Munley the sum of $440.47, in monthly installments of $60.00 per month, the first installment being due

on or before March 5, 2020, and monthly installments due on or before the fifth of each subsequent month until the sum of $440.47 is paid.

   **IT IS FURTHER ORDERED** that if further discovery disputes arise that the parties cannot in good faith resolve among themselves, instead of filing a motion, the parties shall contact the court and request a telephone conference.


   *S/Susan E. Schwab*
   Susan E. Schwab
   Chief United States Magistrate Judge