THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VERTIS DILLON III,

    Plaintiff

v.      3:19-CV-1216
     (JUDGE MARIANI)

JOHN MUNLEY, et al.

    Defendants

### ORDER

AND NOW, THIS **3rd** DAY OF NOVEMBER, 2020, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 47) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 47) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] Plaintiff's failure to file any Objection to the pending R&R, despite its issuance over one month ago further supports the conclusion that Plaintiff has failed to prosecute and has abandoned this action.